UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JORGE ALAIN HERNANDEZ
BELAUNZARAN,

      Petitioner,

   v.                    Case No.:  2:26-cv-01396-SPC-DNF

MICHAEL WATKINS *et al.*,

      Respondents.

_____/

## **OPINION AND ORDER**

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 23).  Jorge Alain Hernandez Belaunzaran filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Hernandez Belaunzaran would be removed in the reasonably foreseeable future.  But in light of Hernandez Belaunzaran's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Hernandez Belaunzaran is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Jorge Alain Hernandez Belaunzaran's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Hernandez Belaunzaran within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 30, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record